IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| COACH, INC., et al. | : | CIVIL ACTION |
|     Plaintiffs | : | |
| | : | |
| v. | : | NO. 10-1906 |
| | : | |
| WAN ZHEN LIN, et al. | : | |
|     Defendants. | : | |
| | : | |



FILED
NOV 15 2012
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

**MEMORANDUM ORDER**

LINDA K. CARACAPPA               NOVEMBER 14, 2012
UNITED STATES MAGISTRATE JUDGE

I. FACTUAL AND PROCEDURAL BACKGROUND

    This matter is before the court on referral of 'Plaintiff's Motion to Enforce Settlement Agreement' [Docket No. 28]. A hearing was held before the undersigned on November 6, 2012. For purposes of the hearing, the court directed on behalf of the defendant both the formal entry of appearance of counsel Attorney Scott Sigman, and the appearance of a court certified Mandarin Chinese interpreter.

    At the time of the hearing, all parties and counsel agreed to the exercise of jurisdiction by the magistrate judge. The appropriate consent form was executed, and thereafter forwarded to the referring district court judge. The consent and referral was approved on November 13, 2012.

    At the November 6th hearing, counsel proceeded by agreed proffer and stipulation. Although the hearing court had participated at length in settlement efforts and was familiar with the factual background of the matter, the actual written settlement agreement of October 7, 2011

was reached under the auspices of the district court.

The issue then before this hearing court was the enforcement of this same settlement agreement, under which plaintiff seeks the entry of an order of judgment including some legal fees.

II. LEGAL STANDARDS

Settlement agreements are contracts between the parties and contract principles are generally applicable to their construction. Marine Midland Realty Credit Corporation v. LLMD of Michigan, Inc., 821 F. Supp. 370, 373 (E.D. Pa. 1993). The court may enforce a settlement where there is no evidence of fraud, misrepresentation or mistake. Lance v. Metropolitan Insurance Co., 388 Pa. Super. 1, 564 A. 2d 972 (1989). To be enforceable under Pennsylvania law, a settlement agreement must possess all of the elements of a valid contract. Mazzella v. Koken, 739 A.2d 531 (PA. 1999). As with any contract, it is essential to the enforceability of a settlement agreement that "the minds of the parties should meet upon all the terms, as well as the subject matter, of the [agreement]." Id. The burden of proof is on the party attempting to assert a settlement agreement. See Max Control Sys. V. Indus. Sys., 2001 WL 1160760 (E.D. Pa. 2001).

III. DISCUSSION

At the time of the hearing, there was no real objection to the validity of the settlement agreement ultimately reached. Counsel for defendant proffered that he had negotiated the agreement on behalf of defendant, and believed the terms to be reasonable considering all the factors and risks at hand. This court agrees with this assessment, and finds that defendant was

represented ably by counsel at all stages.

However, of concern to the court was the fact that defendant did not speak any English at all, yet the settlement agreement was written exclusively in English. The agreement was not witnessed or certified as read or explained to defendant in any way by any Mandarin Chinese interpreter.

For there to be a 'meeting of the minds of the parties', the hearing court would need to find that defendant fully understood the written terms of the settlement agreement in spite of the language issue. This was especially so because plaintiff introduced a document, Court Exhibit #1, attached to this memorandum, showing that immediately upon execution of the settlement agreement, defendant began regular monthly payments continuing through the time of the hearing which were in contradiction of the two lump sum payments actually required by the settlement agreement.

The court is satisfied, now having the benefit of communicating with defendant through a certified interpreter and not simply family members, that defendant did understand the essential payment terms of the agreement reached. Defendant explained that she was not financially able to make the two required lump sum payments when due, but did the best she could and instead sent regular monthly amounts. The court understands the two payments were substantial and appreciates the difficulty of compliance. Nonetheless, on the question as to whether there was a 'meeting of the minds' on the settlement amount and payment terms, the court finds unequivocally that a valid and binding agreement was reached.

The court's finding does not include all aspects of the settlement agreement, as the hearing did not address the totality of the settlement agreement. Rather, our finding is limited to

the issues for which enforcement is sought in plaintiff's motion. In addition to entry of judgement for the agreed upon settlement amount (with credit given for payments on account), Plaintiff additionally sought some contribution towards legal fees for the required effort in filing the motion and for representation at the hearing. This remedy was clearly provided for in the agreement. Plaintiff requested an additional award of Six Hundred Dollars ($600.), which the court finds very reasonable, and thus, will include in the award.

    An appropriate Order follows:

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| COACH, INC., et al. | : | CIVIL ACTION |
|     Plaintiffs | : | |
| | : | |
| v. | : | NO. 10-1906 |
| | : | |
| WAN ZHEN LIN, et al. | : | |
|     Defendants. | : | |
| | : | |

## **COURT EXHIBIT #1**

The attached document captioned "COACH V. WAN ZHEN LIN" was stipulated to by the parties on November 6, 2012, to be an exhibit to any finding by the court.

# COACH V. WAN ZHEN LIN

## DEFENDANTS' SETTLEMENT PAYMENT HISTORY

| | | |
|---|---|---|
| October 26, 2011 | - | $500.00 – Stale Dated By Bank |
| November 25, 2011 | - | $500.00 – Stale Dated By Bank |
| December 20, 2011 | - | $500.00 – Stale Dated By Bank |
| February 20, 2012 | - | $300.00 |
| March 20, 2012 | - | $200.00 |
| April 20, 2012 | - | $200.00 |
| May 15, 2012 | - | $500.00 |
| June 20, 2012 | - | $500.00 |
| July 20, 2012 | - | $500.00 |
| August 20, 2012 | - | $500.0 |
| September 15, 2012 | - | $500.00 |
| October 19, 2012 | - | $500.00 |
| **Total Paid** | | **$3700.00** |
| **Total Settlement** | | $25,000<br>- $ 3,700 |
| **Total Owed** | | $21,300 |

N ZHEN LIN
E Passyunk AVE
delphia. PA 19148

PHILADELPHIA PA 191
26 OCT 2011 PM 7 L

TO: Susan M. Dean. Esquire
Rawle & Henderson
The Widener Building
One South Penn Square
Philadelphia. PA. 19107

19107$3400

---

**WAN ZHEN LIN**
643 South Street # 2fl
Philadelphia, PA 19147

**813**
1-242/360

Date: 10/26/2011

Pay to the Order of: Rawle & Henderson    $ 500 XX/100

Five hundred 100/100 Dollars

**HSBC** The world's local bank

For: 10-cv-1906EL 1712 E Passyunk  A1 GIFT SHOP

Signed: Wan Zhen Lin

⑆036002425⑆ 125115776⑈ 0813

ZHEN LIN
E Passyunk AVE
delphia. PA 19148

TO: Susan M. Dean Esquire
Rawle & Henderson
The Widener Building
one south penn square
Philadelphia. PA. 19107

1910733400

---

**814**
1-242/360

WAN ZHEN LIN
643 South Street # 2fl
Philadelphia, PA  19147

Date: 11/25/2011

Pay to the Order of: Rawle & Henderson      $ 500 xx/xx

five hundred 00/100 _____ Dollars

HSBC
The world's local bank
1712 E Passyunk AVE
For: A-1 GIFT9IOP - 10-CV1906EL

Wan Zhen Lin

⑇036002425⑇ 125115776⑆ 0814

ZHEN LIN
Passyunk AVE
eiphia. PA 19148

449 735



TO:

Susan M. Dean. Esquire
Rawle & Henderson
The Widener Building one south
Penn. square, Philadelphia, PA 19107

19107/3400

---

WAN ZHEN LIN
643 South Street # 2fl
Philadelphia, PA 19147

815
1-242/360

Date 12/20/2011

Pay to the Order of: Rawle & Henderson
$ 500 XX/100

five hundred 00/100 Dollars

HSBC
The world's local bank

1712 E Passyunk AVE
For: A+ G+F79109 = 10-cv1906EL

Wan Zhen Lin

⑆036002425⑆ 125115776⑈ 0815

 

Account: 211011075

We are charging your account for items returned unpaid and applicable fees. Please see details listed below.

PO Box 841002, Boston MA 02284
1-877-SOV-BANK

| REASON | SEQ # | ITEM AMOUNT |
|---|---|---|
| Stale Dated | 99000641 | $500.00 |
| Stale Dated | 99000642 | $500.00 |
| Stale Dated | 99000643 | $500.00 |

Date: Aug 24, 2012
Advice D-100504

RAWLE AND HENDERSON LLP
ATTY TRUST ACCT

3 Items charged totaling $1,500.00
3 Return item fees totaling    $45.00

449735

*011075150*
08/24/2012
99000641
This is a LEGAL COPY of your check. You can use it the same way you would use the original check.

RETURN REASON-G
STALE DATED

STALE DATED

WAN ZHEN LIN
643 South Street # 2fl
Philadelphia, PA 19147                                815

                                    12/20/2011

Pay to the Order of  Rawle & Henderson          $ 500 XX/100
five hundred   XX/100                             Dollars

HSBC
The world's local bank
                    1712 E Passyunk Ave
For A-1 Gift shop = 10-cv-1906 EL    Wan Zhen Lin

⑃⑆036002425⑆ 125115776⑈ 0815

⑃⑆036002425⑆    125115776⑈0815 ⑇00000500000⑇

*011075150*
08/24/2012
99000642
This is a LEGAL COPY of your check. You can use it the same way you would use the original check.

RETURN REASON-G
STALE DATED

STALE DATED

WAN ZHEN LIN
643 South Street # 2fl
Philadelphia, PA 19147                                813

                                    10/26/2011

Pay to the Order of  Rawle & Henderson          $ 500 XX/100
five hundred   XX/100                             Dollars

HSBC
The world's local bank        A1 GIFT SHOP
For 10-cv-1906EL 1712 E Passyunk    Wan zhen Lin

⑃⑆036002425⑆ 125115776⑈ 0813

⑃⑆036002425⑆    125115776⑈0813 ⑇00000500000⑇

*011075150
08/24/2012
99000643

This is a LEGAL COPY of your check. You can use it the same way you would use the original check.

RETURN REASON-G
STALE DATED

[2313726915178 37   08/21/2012
 2313726 91]

**STALE DATED**

WAN ZHEN LIN
643 South Street # 2fl
Philadelphia, PA 19147

814
1-242/360

Date 11/25/2011

Pay to the Order of  Rawle & Henderson    $ 500 ⁰⁰/₁₀₀

Five hundred  ¹⁰⁰/₁₀₀   Dollars

HSBC ◆
The world's local bank
1712 E Passyunk Ave
For A.J. 9177910p - 10-cv1906EL      Wan Zhen Li

⑆036002425⑆ 125115776⑊ 0814

⑆036002425⑆      125115776⑊0814   ⑆000050000⑆

WAN ZHEN LIN

643 South St 2FL

Philadelphia. P.A 19147



TO: Susan M. Dean Esquire
Rawle & Henderson
The Widener Building one south
Penn square Philadelphia. PA. 19107

1910743400

```
WAN ZHEN LIN                                          820
643 South Street # 2fl                             1-242/360
Philadelphia, PA  19147
                                    2/20/2012
                                    _____
                                         Date
Pay to the    Rawle & Henderson            $ 300 XX/100
Order of _____
 three hundred 100/100 _____  Dollars

HSBC
The world's local bank
    1712 Passyunk AVE
For  A+1 Gift Shop (10-CV-1906EL)    Wan Zhen Lin      MP

⑆036002425⑆ 1251157776⑈  0820
```

ZHEN LIN
South St 2FL
delphia. PA 19147

PHILADELPHIA PA 191

30 MAR 2012 PM 1 T



To: Susan M. Dean, Esquire
Rawle & Henderson
The Widener Building one south
penn square philadelphia. PA 19107

19107X3400

---

**WAN ZHEN LIN**
643 South Street # 2fl
Philadelphia, PA  19147

830
1-242/360

3/20/ 2012   Date

Pay to the Order of  Rawle & Henderson  | $ 200.XX/100

two hundred 100/100 ———————————— Dollars

**HSBC**
The world's local bank
1712 PASSYUNK AVE. A.1 GIFT9QP

For  10-CV-1906EL     Wan Zhen Lin

⑈036002425⑇125115776⑈ 0830

To: Susan M. Dean, Esquir
Rawle & Henderson
The Widener Building
one south Penn square
Philadelphia, Pa 19107

WAN ZHEN LIN
643 South St 2fl
Philadelphia, Pa 19147



```
WAN ZHEN LIN                                                    831
643 South Street # 2fl                                       1-242/360
Philadelphia, PA  19147
                                              4/20/2012
                                              _____
                                                  Date
Pay to the   Rawle & Henderson                        XX
Order of _____    $ 200 /100
         two hundred  100/100
         _____ Dollars

HSBC
The world's local bank
    1712 Passyunk Ave A. 1G1F1910P
For  10-CV-1906 EL                    Wan zhen Lin

⑆036002425⑆ 125115776⑈  0831
```

For: 10-CV-1906 EL




Onsite Check Deposit™ | Page 1 of 1

Onsite Check Deposit™ Home | Profile | Help | Log Out

Capture | Approval | Processed | Status | Reports | Export
Approved | Deleted | Processed | Returned | Settlements | Remittance

## Processed Items

### Item Details

**Rawle and Hender - RAWLE AND HENDERSON LLP-IOLTA**

**Batch** 24332156, 102212iolta Oct 22 2012 3:50PM EST
**Account** 2111011975, IOLTA
**Scanned By** Gina
**Approved By** Gina
**Payment Status** Processed
**Amount** 500.00

```
WAN ZHEN LIN                                              838
643 South Street # 2fl                                1-342/360
Philadelphia, PA 19147
                                        5/15/2012
Pay to the
Order of    RAWLE & HENDERSON          | $ 500 xx/100

Five hundred xx/100                          Dollars

HSBC
The world's local bank
172 Rossylink AVE -A, 1GFiji9
For  10-cv-1906 EL                 Wan Zhen Lin

⑆036002425⑆ 125115776⑊ 0838
```

⑆036002425⑆ 125115776 ⑊ 0838

View Back of Check »

« Return to Search Results

Copyright 2012 Sovereign Bank, N.A. All right reserved. Equal Housing Lender - Member FDIC.
"Onsite Check Deposit" is a trademark of Sovereign Bank, N.A. or its affiliates or subsidiaries in the United States.

https://ocd.sovereignbank.com/ct/transactions/processed/viewItemDetail.action     11/6/2012

N ZHEN LIN
South St 2FL
delphia, PA 19147

TO:   RAWLE & HENDERSON

John C. McMeekin, Esquire Susan Dean, Esquire
The Widener Building one south penn square
Philadelphia, PA 19107

---

**WAN ZHEN LIN**
643 South Street # 2fl
Philadelphia, PA 19147

839
1-242/360

Date: 6/20/2012

Pay to the Order of: RAWLE & HENDERSON      $ 500 xx/100

five hundred 100/100 ———————————— Dollars

HSBC
The world's local bank
1712 Passyunk Ave, A1 G1F19 109

For: 10-CV-1906EL            Wan Zhen Li

⑆036002425⑆ 125115776⑈ 0839



V- ZHEN LIN
3 South St 2FL
adelphia. PA 19147

TO:   RAWLE & HENDERSON
John C. McMeekin Esquire  Susan Dean, Esquire
The Widener Building one South Penn square
Philadelphia. PA 19107

```
WAN ZHEN LIN                                              840
643 South Street # 2fl                                 1-242/360
Philadelphia, PA 19147
                                      7/20/ 2012
                                              Date
Pay to the    RAWLE & HENDERSON           $ 500 xx/100
Order of
  five hundred 00/100                      Dollars

HSBC
The world's local bank
       1702 Passyunk AVE. A1 G1F 19107
For    10-CV-1906EL              Wan Zhen Li

⑈036002425⑈ 1251157776⑈  0840
```

N ZHEN LIN
643 South st 2FL
adelphia. PA 19147



PHILADELPHIA PA 190
26 AUG 2012 PM 4 L

To: RAWLE & HENDERSON
John C. McMeekin, Esquire & Susan Dean, Esquire
The Widener Building one South Penn square
Philadelphia, PA 19107

19107$9999

---

WAN ZHEN LIN
643 South Street # 2fl
Philadelphia, PA  19147

841
1-242/360

8/20/2012
Date

Pay to the Order of  RAWLE & HENDERSON   $ 500 00/100

five hundred 00/100 — Dollars

HSBC
The world's local bank

For 1712 Passyunk AVE, A./GTF19107
10-CV-1906EL

Wan Zhen Lin

⑆036002425⑆ 125115776⑈ 0841

WAN ZHEN LIN
643 South Street # 2fl
Philadelphia, PA 19147

858
1-242/360

Date 9/4/2012

Pay to the Order of  RAWLE & HENDERSON         $ 500 00/100

five hundred 00/100                                           Dollars

HSBC
The world's local bank

For Case:2:10-cv-01906-EL
A/Gift 4405 utilTREpass/unkAVE        Wan Zhen

⑆036002425⑆125115776⑆ 0858

WAN ZHEN LIN
643 South St 2FL
Philadelphia. PA 19147



TO:   RAWLE & HENDERSON
John C. McMeekin Esquire Susan Dean E
The Widener Building one south penn sq
Philadelphia. P.A. 19107

1910789959

---

**WAN ZHEN LIN**
643 South Street # 2fl
Philadelphia, PA 19147

**859**
1-242/360

Date: 10/19/2012

Pay to the Order of: RAWLE & HENDERSON     $ 500 ⁰⁰⁄₁₀₀

five hundred ¹⁰⁰⁄₁₀₀                         Dollars

**HSBC**
The world's local bank

For: A1 Gift Shos - 1712 E Passyunk AVE
Case: 2-10-CV-0906-EL

Wan Zhen Lin                            MP

⑆036002425⑆ 125115776⑈ 0859

Harland Clarke                          GUARDIAN SAFETY® BLUE