# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| COACH, INC., et al.<br>    Plaintiffs | : | CIVIL ACTION |
| v. | : | NO. 10-1906 |
| WAN ZHEN LIN, et al.<br>    Defendants. | : | |

## ORDER

LINDA K. CARACAPPA                                    NOVEMBER 14, 2012
UNITED STATES MAGISTRATE JUDGE

AND NOW, this 14th day of November, 2012, the "Plaintiff's Motion to Enforce the Settlement Agreement" (Docket No. 28) is **GRANTED.**

Judgement is entered in favor of Plaintiff and against Defendants Wan Zhen Lin a/k/a Lin Zhen Wan and A1 Gift Shop, jointly and severely, in the amount of **Twenty-One Thousand Nine Hundred ($21, 900.)** Dollars (representing Twenty-One Thousand Three Hundred, $21,300., dollars balance due under the settlement agreement, together with an additional sum of Six Hundred , $600., dollars attorneys fees due on account of the motion and hearing).

Additionally, the cost of the interpreter for the hearing on November 6, 2012 shall be paid by defendant. In all other respects, the parties shall bear their own respective counsel fees and costs.

BY THE COURT:

_____
Linda K. Caracappa, U.S.M. J.